# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STEVEN MCDONOUGH,
    Plaintiff,

v.                                                                 Civil Action No.: 1:14-cv-14740-IT

ABC FINANCIAL SERVICES, INC. ; and
DOES 1-10, inclusive,
    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

**Talwani, D. J.**

The court having been advised on March 31, 2015, that the above-entitled action has been settled;

**IT IS ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

Dated:        March 31, 2015                    /s/Gail A. Marchione,
                                                Courtroom Deputy Clerk